# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1154
_____

SHANEKIA S. BING,

    Appellant,

    v.

MEADOWS COMMERCIAL
PROPERTIES, INC.,
SHESHESWORLD LLC, and
ALIRRA HAIR CARE, LLC,

    Appellees.

_____

On appeal from the County Court for Columbia County.
Sarah J. Carter, Judge.

May 13, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Shanekia S. Bing, pro se, Appellant.

Wade McK. Hampton, of Duss, Kenney, Safer, Hampton, & Joos, P.A., Jacksonville, for Appellees.